■ ROSE PINCUS, Respondent, v. MARIA A. TRAPP, Appellant.— Appeal from order entered on June 21, 1962 unanimously dismissed as academic, without costs. No opinion. Order, entered on September 26, 1962, modifying in minor respects a previous decision denying defendant's motion for summary judgment, unanimously affirmed, on the law, with $20 costs and disbursements to plaintiff. There are several issues of fact which must await trial and cannot be determined upon the papers submitted herein, in addition to the issues Special Term properly found to exist. Concur — Botein, P. J., Rabin, Eager, Steuer and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WEAVER, Appellant.— Order, entered on August 24, 1960, unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, Eager, Steuer and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL KASS, Appellant.— Order, entered on June 21, 1962, unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN MARTIN, Appellant.— Order, entered on April 21, 1961, unanimously affirmed. No opinion. Concur — Rabin, J. P., McNally, Stevens, Steuer and Noonan, JJ.

■ HOTEL TAFT ASSOCIATES et al., Respondents, v. ABRAHAM SOMMER et al., Appellants.— Order, entered on March 5, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Rabin, J. P., McNally, Stevens, Steuer and Noonan, JJ. [34 Misc 2d 367.]

■ MOODY B. CHIN, Appellant, v. WONG CHOR NGAN CHIN, Respondent.— Appeal from order entered on April 25, 1962 unanimously dismissed as academic, without costs. No opinion. Order, entered on May 17, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Rabin, J. P., McNally, Stevens, Steuer and Noonan, JJ.

■ UNO EQUITIES, INC., Respondent, v. SUTTON PLACE VIEW CORP. et al., Appellants.— Order and judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Botein, P. J., Rabin, Eager, Steuer and Noonan, JJ.

■ THEODORE HAFNER, Respondent, v. AMERICAN THERMOCATALYTIC CORP., Appellant.— Order, entered on September 6, 1961, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Rabin, J. P., McNally, Stevens, Steuer and Noonan, JJ.

■ In the Matter of WILLIAM RIGG, Individually, and as Chairman of the Tenants' Committee of 1320–36 Avenue of the Americas, Appellant, v. HORTENSE GABEL, as Administrator of the City Rent and Rehabilitation Administration, et al., Respondents.— Order, entered on November 28, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Rabin, J. P., McNally, Stevens, Steuer and Noonan, JJ.

■ ALEXANDER CARPET CO., INC., Respondent, v. WILLY SCHWAB, Appellant, et al., Defendants.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Noonan, JJ.

■ In the Matter of OWEN G. CURLEY, Appellant, v. MICHAEL J. MURPHY, as Police Commissioner of the City of New York, et al., Respondents.— Order, entered on March 6, 1961, unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Noonan, JJ.

■ PHILIP L. KELSER et al., Individually and as Copartners Doing Business under the Name of PHILIP L. KELSER & ASSOCIATES, Respondents, v. SACRAMENTO TELECASTERS, INC., Appellant.— Order, entered on May 3, 1962, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Noonan, JJ.